[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-10276
Non-Argument Calendar
_____

D.C. Docket No. 1:13-cr-00185-KD-B-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JACOB L. ANDERSON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama
_____

(September 8, 2014)

Before JORDAN, ANDERSON and DUBINA, Circuit Judges.

PER CURIAM:

Elsie Mae Miller, appointed counsel for Jacob L. Anderson in this direct

criminal appeal, has moved to withdraw from further representation of Anderson

and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967).  Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct.  *Id.* at 744, 87 S.Ct. at 1400.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Anderson's conviction and sentence are **AFFIRMED.**